LOUIS HOFFMAN, Respondent, v. THE METROPOLITAN STREET RAILWAY CO., Appellant.

APPEAL by defendant from a judgment of the Municipal Court, seventh district, borough of Manhattan, entered in favor of the plaintiff.

Henry A. Robinson, for appellant.

Joseph I. Green, for respondent.

*Per Curiam.* The Appellate Division of this department having declared the act creating the Municipal Court of the City of New York constitutional (Irwin v. Met. St. Ry. Co., 38 App. Div. 253), the judgment must be affirmed, with costs.

Present: FREEDMAN, P. J., and MACLEAN, J.

Judgment affirmed, with costs.

---

JOHN F. PORTER, Respondent, v. METROPOLITAN STREET RAILWAY CO., Appellant.

APPEAL by defendant from a judgment of the Municipal Court, tenth district, borough of Manhattan, entered in favor of plaintiff upon the verdict of a jury.

Henry A. Robinson, for appellant.

Hart & Hopkins, for respondent.

*Per Curiam.* The Appellate Division of this department having declared the act creating the Municipal Court of the City of New York constitutional (Irwin v. Met. St. Ry. Co., 38 App. Div. 253), the judgment must be affirmed, with costs.

Present: FREEDMAN, P. J., and MACLEAN, J.

LEVENTRITT, J., taking no part.

Judgment affirmed, with costs.